UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

PHILIP B JANUS                                             Chapter 13

SSN: ###-##-0026                                    Case No. 12-13987-BFK
                         Debtor

**ORDER**

     This matter came on by Motion of the Trustee seeking Order of this Court requiring the employer of the Debtor to withhold the payment of $5,423.00 per month required by the Plan of the Debtor, and to pay that amount monthly to the Trustee, Thomas P. Gorman, according to the requirement of Section 1325 (c) of the Code; and it appearing to the Court:

     (1) That the Debtor filed a voluntary petition herein under Chapter 13 of the Code on June 25, 2012 and

     (2) That the Plan (as amended, if appropriate) was confirmed, after due Notice thereof, and

     (3) That pursuant to Section 1325 (c) of the Code, after confirmation of a Plan, the Court may order any entity from whom the Debtor receives income to pay all or any part of such income to the Trustee, and

     (4) That the Debtor, Philip B Janus is presently employed by Tek Systems, Inc. and receives income therefrom, and

     (5) That the amount of $5,423.00 should be withheld from that income and paid over to Thomas P. Gorman, the standing Trustee of this Court at P.O. Box 1553, Memphis, TN  38101-1553.

     IT IS ORDERED, that beginning with the month of JANUARY, 2013 Tek Systems, Inc. be and they hereby are required to withhold the amount of $5,423.00 from the monthly income of the Debtor, Philip B Janus, and pay over the full amount thereof each month to:

Thomas P. Gorman
Chapter 13 Trustee
P.O. Box 1553
Memphis, TN  38101-1553

Dated:_____                          _____
                                               Brian F. Kenney
                                               United States Bankruptcy Judge

I Ask For This:

_/s/ Thomas P. Gorman _____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314
(703) 836-2226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Philip B Janus
Chapter 13 Debtor
11629 Crest Maple Drive
Woodbridge, VA 22192

Scott Alan Weible, Esquire
Attorney for Debtor
The Haymarket Professional Bldg
14540 John Marshall Hghway, #201
Gainesville, VA 20155-1693

Tek Systems, Inc.
ATTN: Payroll Office
7437 Race Road
Hanover, MD 21076

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314